IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   11-cv-00809-WJM-MJW

KEVIN D WHITELAW, TRUSTEE OF THE WHITELAW 2007 INSURANCE TRUST,

Plaintiff(s),

v.

TERRY ANDERSON;
CAA FINANCIAL SERVICES, LLC,
TMA FINANCIAL SERVICES, LLC,
WEALTH BY DESIGN AND MANAGEMENT; and
OMEGA CAPITAL, LLC,

Defendant(s).

ORDER

ENTERED BY MAGISTRATE JUDGE MICHAEL J. WATANABE

The portion of Defendants' Motion to Compel Discovery (docket no. 55) pertaining to Request for Production No. 4 is GRANTED for the reasons stated below. This court's Order dated July 2, 2012, (docket no. 65) is amended consistent with this minute order. Plaintiff shall provide to Defendants copies of documents numbered (1) through (4), inclusive, as more fully described below, on or before July 31, 2012. Documents numbered (1) through (4), inclusive, that were submitted to this court for *in camera* review shall be restricted at Level 1 pursuant to D.C.COLO.LCivR 7.2 B.5.

On July 2, 2012, I entered an Order Granting in Part and Deferring in Part Defendants' Motion to Compel Discovery (docket no. 65). In this Order (docket no. 65), I ordered Plaintiff to submit for *in camera* review the settlement agreement which is the subject of Defendants' Request for Production No. 4, and that I deferred ruling on in my Order (docket no. 65). Plaintiff has now filed with this court, for *in camera* review, the following documents: (1) Whitelaw [Plaintiff] vs. Hancock Life Insurance Company, Civil Action No. 10-cv-995-CMA-KLM - Draft Settlement Agreement [exhibit 1]; (2) Whitelaw [Plaintiff] vs. Hancock Life Insurance Company, Civil Action No. 10-cv-995-CMA-KLM - Confidential Settlement Agreement and Release [exhibit 2]; T & H Landscaping, L.L.C. vs. Colorado Structures, Inc. Case No. 06-cv-00981-REB-MEH - Mutual Agreement and Mutual Release of Claims [exhibit 3]; and (4) T & H Landscaping, L.L.C. vs. Colorado Structures, Inc. Case No. 06-cv-00981-REB-MEH - Protective Order Regarding Confidential Information [exhibit 4]. After careful review of these documents described above, I find that such documents are relevant and discoverable under Fed. R. Civ. P.

26(a)(1) and should be provided to Defendants.  I further find that the protective order entered in this case on January 18, 2012, (docket nos. 39 and 41) provides adequate protection for Plaintiff, John Hancock Life Insurance Company, T& H Landscaping, LLC and Colorado Structures, Inc., as to the confidentiality provisions in the above mentioned documents (1) through (4), inclusive.

Date: July 16, 2012