IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   11-cv-00809-WJM-MJW

KEVIN D WHITELAW, TRUSTEE OF THE WHITELAW 2007 INSURANCE TRUST,

Plaintiff(s),

v.

TERRY ANDERSON;
CAA FINANCIAL SERVICES, LLC,
TMA FINANCIAL SERVICES, LLC,
WEALTH BY DESIGN AND MANAGEMENT; and
OMEGA CAPITAL, LLC,

Defendant(s).

MINUTE ORDER

ENTERED BY MAGISTRATE JUDGE MICHAEL J. WATANABE

　　　　　It is hereby ORDERED that the Unopposed Motion to Stay Briefing Re: Defendants' Motion for Partial Summary Judgment and Brief in Support Pending Settlement Finalization (Docket No. 87) is GRANTED.  Briefing on Defendants' Motion for Partial Summary Judgment and Brief in Support (Docket No. 82) is STAYED.  The parties are ORDERED to file a status report with the court following review of the tentative settlement agreement by the state regulatory agency.

Date: September 25, 2012