IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   11-cv-00809-WJM-MJW

KEVIN D WHITELAW, TRUSTEE OF THE WHITELAW 2007 INSURANCE TRUST,

Plaintiff(s),

v.

TERRY ANDERSON;
CAA FINANCIAL SERVICES, LLC,
TMA FINANCIAL SERVICES, LLC,
WEALTH BY DESIGN AND MANAGEMENT; and
OMEGA CAPITAL, LLC,

Defendant(s).

## MINUTE ORDER

ENTERED BY MAGISTRATE JUDGE MICHAEL J. WATANABE

It is hereby ORDERED that the Stipulated Motion to Vacate Final Pretrial Conference (Docket No. 93) is GRANTED.  The Final Pretrial Conference set for November 1, 2012 at 9:30 a.m. is VACATED.  The parties are ORDERED to submit dismissal papers or otherwise inform the court as to the status of the case on or before November 30, 2012.

Date: October 31, 2012