**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 11-cv-00809-WJM-MJW

KEVIN D. WHITELAW,

    Plaintiff,

v.

TERRY ANDERSON,
CAA FINANCIAL SERVICES, LLC,
TMA FINANCIAL SERVICES, LLC
WEALTH BY DESIGN AND MANAGEMENT, and
OMEGA CAPITAL, LLC

    Defendants.

---

**ORDER GRANTING STIPULATED DISMISSAL OF DEFENDANTS ANDERSON,
CCA FINANCIAL SERVICES, LLC, TMA FINANCIAL SERVICES, LLC, and
WEALTH BY DESIGN AND MANAGEMENT**

---

This matter is before the Court on the parties' Stipulated Motion to Dismiss Parties, filed November 8, 2012 (ECF No. 96). The Court has reviewed the Motion and being fully advised hereby ORDERS as follows:

The parties' Stipulated Motion is GRANTED. Defendants Terry Anderson, CAA Financial Services, LLC, TMA Financial Services, LLC, and Wealth by Design and Management are DISMISSED WITH PREJUDICE as are all Counterclaims against Plaintiff. Each party shall pay his or its own attorney's fees and costs.

Dated this 13th day of November, 2012.

BY THE COURT:

_____

William J. Martínez
United States District Judge