IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   11-cv-00809-WJM-MJW

KEVIN D WHITELAW, TRUSTEE OF THE WHITELAW 2007 INSURANCE TRUST,

Plaintiff(s),

v.

TERRY ANDERSON;
CAA FINANCIAL SERVICES, LLC,
TMA FINANCIAL SERVICES, LLC,
WEALTH BY DESIGN AND MANAGEMENT; and
OMEGA CAPITAL, LLC,

Defendant(s).

MINUTE ORDER

ENTERED BY MAGISTRATE JUDGE MICHAEL J. WATANABE

It is hereby ORDERED that the Stipulated Motion to Stay Case Against Defendant Omega Capital Pending Satisfaction of Settlement Terms (Docket No. 97) is GRANTED.  All proceedings are stayed against the remaining Defendant, Omega Capital, LLC, until January 15, 2013, pending satisfaction of settlement terms.

Date: November 13, 2012