**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 11-cv-00809-WJM-MJW

KEVIN D. WHITELAW,

    Plaintiff,

v.

OMEGA CAPITAL, LLC

    Defendant.

---

**ORDER GRANTING STIPULATED MOTION TO DISMISS**

---

This matter is before the Court on the Parties' Stipulated Motion to Dismiss filed January 16, 2013 (ECF No. 101). The Court having reviewed the Motion and being fully advised hereby ORDERS as follows:

The Parties' Stipulated Motion to Dismiss the claims and action against Defendant Omega Capital LLC is GRANTED. Because Omega Capital LLC is the last remaining defendant in this action, the entire above-captioned matter is hereby DISMISSED WITH PREJUDICE.

Each party shall pay his or its own attorney's fees and costs. IT IS FURTHER ORDERED that all remaining pending motions in this case are DENIED as MOOT.

Dated this 16th day of January, 2013.

BY THE COURT:

_____
William J. Martínez
United States District Judge